[No. 27329-2-II.   Division Two.   June 21, 2002.]

GARY J. RACCA, *Appellant*, v. FRANK TACKETT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-11088-5, Bruce W. Cohoe, J., entered April 6, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 27382-9-II.   Division Two.   June 21, 2002.]

AEGIS CORPORATION, ET AL., *Appellants*, v. UNITED BUILDERS OF WASHINGTON, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-09514-2, Katherine M. Stolz, J., entered April 20, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27451-5-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMIE LORRAINE RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00273-1, Anna M. Laurie, J., entered June 8, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27483-3-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. GREGORY WAYNE LOTT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-06093-1, Brian M. Tollefson, J., entered June 1, 2001. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.